UNITED STATES DISTRICT COURT

FOR THE MINNEAPOLIS, DISTRICT OF MINNESOTA

DIVISION MINNEAPOLIS.

RECEIVED
BY MAIL
JUN 10 2005
CLERK US DIST COURT
MINNEAPOLIS MN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| Vs. | § | Cause Dkt No: CR-02-213-01 RHK. |
| | § | |
| FRANCISCO SAUCEDA | § | |

PETITIONER MOTION TO REINSTATE AN ISSUE PREVIOUSLY PRESERVED ALMENDAREZ-TORRES HAS BEEN ENRODED BY THE HOLDING OF THE HONORABLE U. S. SUPREME COURT ON SHEPHARD DECIDED MARCH 2005.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Francisco Saaceda, The Petitioner Herein Acting Pro-se And Submmits This His Motion Requesting Relief Based On The New Holding And Mandate Of The Honorable U. S. Supreme Court. ON **SHEPHARD** Decided March 2005. And Would Show This Honorable Court As Follow:

At This time Petitioner Would Respectfully Invoke The U. S. Suprme Court Decision On **HAINES V. KERNER 92 S. CT. 594, 404.519, 30 L. Ed. 2d 652, (1972).** Herein The Court Held That Allegations Of Pros-se Com½plaint To Less Stringent Standards Than Formal Pleadings Drafted By Lawyers. Petitioner Respectfully Request This Honorable Court To Construct This Motion Liberally Fot The Benefit Of This Court As Well

SCANNED
JUN 10 2005
U.S. DISTRICT COURT MPLS

As For The Interest Of Justice.

**ISSUE IN GENERAL**

Petitioner Is Presently Under Incarceration For A Violation Of Title 8 U. S. C.1326, To Wit Ilegal Re-Entry Into The Unites States Of America, Petitioner Was Sentenced By This honorable Court To A Term Of Imprisionment, A Term Of Three Years Of Suprevise Release, And An Special Assetment, Petitioner Contended That The Sixteen Level Enhancement Was Wronfully Apply Since a Prior Conviction Was Used To Increase Its Sentence,

TYhe honorable United States Supreme Court On A 5-3 Decision Has Now **"ERODED"** A Prior Holding On **ALMENDAREZ-TORRES vs. UNITED STATES. 523-U.S.-224 (1998)** Justice Thomas Stated: The Case That Allowed That Past Criminal Conduct To Be Used,,**Almendarez-Torres Supra.**"Has Been ERODED By This Court's Subsequent Sixth Amendment Jurisprudence", The Majority Of The Court "NOW" Recongnizes That **Almendarez-Torres, Supra** Was Wrongfully Decided.

Petitioner Contended The fact Of The Prior Conviction Not Being Considered By A Jury And Problen Beyond A Reasonable Doubt Violated Petitioner;s Sixth Amendment. This Issue Was Also Presented To Serveral Court Of Appeals Around The nation. And Said Court Had Foreclosed That Issue Based On **Almendarez-Torres,**

On 1998 The U.S. Supreme Court Ruled On ALMENDAREZ-Torres Stating Inter Alia That A Prior Conviction Could Be Used For Enhancenment.

The Fifth Circuit Had Also Forclosed The Issue Of ALMENDAREZ-TORRES. Nevertheless Petitioner Brings This Issue Based Up To A CLarification Of **ALMENDAREZ-TORRES.**

The honorable U. S. Supreme Court Has Now Issue A New Mandate Wherein Clearly And Convicingly **ERODED** ALMENDAREZ-TORRES, SEE **SHEPHARD** U.S. Supreme Court Reported.

Because Of the New Mandate Of The U. S. Supreme Court On SHEPHARD, **ALMENDAREZ-TORRES** Is No Longer Valid, Therefore And Due To The Same Circumnstances Of This Petitioner's Case As **ALMENDAREZ-TORRES,** And Because The Fact Of This Petitioner's Prior Conviction Was Taken Into Consideration, Petitioner Respecfully Request This Honorable Court To Follow The New U.S. Supreme Court Mandate And resentence This petitioner To A Twenthy Four Months Of Imprisionment.

Whether Or Not This holdings Is to Apply Retroactive, This Point Is Irrevelevant To This Matter Since Petitioner "Has Clearly And Wihout A Doubt Preserved His Issue Upto A Clarification On ALMENDAREZ TORRES, Which Is Now **ERODED** By The honorable Supreme Court"

## C O N C L U S I O N

Because This petitioner's Issue Contains The Same Circumnstances As ALMENDAREZ-TORRES, And Because Retroactive Application Of **SHEPHARD** Is Not An Issue Since Oetitioner Has This Fact Preserved Petitioner Respecfully Prays That This Honorable Court Would Follow The New U.S. Supreme Court Mandate And Holding, As Stated On **SHEPHARD.** And Resentence This Petitioner To Term Of Not More Than Twenty Fourth Months, And/Or For This honorable Court To Gran Any Other Relief For

Which May Deem Just And Proper.

ON THIS DAY 6, OF THIS MONTH OF JUNE, OF THIS YEAR 2005.

Respectfully Submitted

Sauceda Francisco

Francisco Sauceda

Reg, No. # 10525-041

Giles W. Dalby Corrct, Facility

805 North. Avenue - F

Post, Texas. 79356-9304.