RECEIVED
BY MAIL
JUN 10 2005
CLERK US DIST COURT
MINNEAPOLIS MN

# C E R T I F I C A T E
# OF
# S E R V I C E

CR 02-213 RHK

I, **Francisco Sauceda,** On This Day 6, Of This Month June, Of This Year 2005, Send A True And Correct Copy Of This My Motion For Relief Based On The New Mandate Of the U. S. Supreme Court To The U. S. Attorney's Office For The District Of Court Of **Minnesota Of The** Division, **Minneapolis.**

**RESPECTFULLY SUBMOITTED**

Sauceda Francisco

**Francisco Sauceda**
**Reg, No. # 10525-041**
**Giles W. Dalby Corrct, Facility**
**805 North. Avenue - F**
**Post, Texas. 79356-9304.**

SCANNED
JUN 10 2005
U.S. DISTRICT COURT MPLS