UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL

JUL 18 2005

CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES OF AMERICA §

VS. § CAUSE NO. 02-213(1)(RHK/AJB)
FRANCISCO SAUCEDA
Petitioner §

**PETITIONER'S NOTICE AND MOTION FOR ACCEPTANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW FRANCISCO SAUCEDA, THE PETITIONER HEREIN ACTING PRO-SE, AND SUBMITS THIS HIS NOTICE AND MOTION FOR ACCEPTANCE FOR THIS COURT TO CONSTRUCT HIS MOTION FILED TO REINSTATE AN ISSUE, AS ONE UNDER THE RULES AND REGULATIONS GOVERNING TO TITLE 28 U.S.C.A. § 2255.

AT THIS TIME PETITIONER WOULD REQUEST THE ASSITANCE OF THIS HONORABLE COURT TO INSTRUCT THE CLERK, INTO PROVIDING THE FORMAL FORMS, REQUIRED TO FILED A MOTION UNDER 28 U.S.C.A. § 2255. SINCE THE PRESENT PLACE OF CONFINEMENT DOES NOT HAVE SAID FORMS AVAILABLE.

IT IS THE FULL INTENTION OF THIS PETITIONER FOR THE COURT TO CONSTRUCT HIS PRIOR MOTION AS ONE UNDER TITLE 28 U.S.C.A.2255.

**ON THIS DAY** 10, **OF THIS MONTH OF** July, **OF THIS YEAR** 2005.

**RESPECTFULLY SUBMMITED**

Sauceda Francisco

**FRANCISCO SAUCEDA**
**FED. REG. NO. 10525-041**
**GILES W. DALBY CORT. FACTY.**
**805 N. AVE. F**
**POST, TEXAS. 79356**

**C.C.**
**U.S. A.O.D.M.**
**F.S.**

SCANNED
JUL 18 2005
U.S. DISTRICT COURT MPLS